# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2013

*The Court of Appeals hereby passes the following order:*

## A13A0862.  MICHAEL RASHAD v. WELLS FARGO BANK, N. A.

On April 10, 2012, the trial court granted summary judgment to Wells Fargo Bank, N. A. and several other defendants.  Michael Rashad filed a motion to vacate or set aside the order of summary judgment, which the trial court denied.  Rashad filed a notice of appeal from the denial of his motion. We lack jurisdiction.

An appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal.  OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Rashad's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over this appeal.

Rashad's notice of appeal also states that he wishes to appeal the grant of summary judgment, but his appeal from that order is untimely.  Although the grant of summary judgment is directly appealable, a notice of appeal must be filed within 30 days after entry of the appealable decision.  OCGA § 5-6-38 (a).  The filing of the motion to vacate or set aside did not extend the time to appeal the grant of the summary judgment.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 02/07/2013

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*